UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61356-CV-DIMITROULEAS

Edison Armando Aguayo Guagalango,

       Petitioner,

v.

DHS Secretary Markwayne MULLINS, et al.

       Respondents.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court on Petitioner Edison Armando Aguayo Guagalango ("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed May 6, 2026. The Court has considered the Petition [DE 1], Respondents' Response [DE 6], notes that no reply was timely filed by Petitioner[1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A hearing on Petitioner's Petition [DE 1] is hereby set for **9:30 A.M. on Friday, May 22, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Court's May 7, 2026 Order Requiring Expedited Response from Respondents allowed Petitioner to file a Reply on or before May 14, 2026. *See* [DE 3].

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov