UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61356-CV-DIMITROULEAS

Edison Armando Aguayo Guagalango,

      Petitioner,

v.

DHS Secretary Markwayne MULLINS, et al.

      Respondents.

                          /

## ORDER RESETTING HEARING

**THIS CAUSE** is before the Court on Petitioner Edison Armando Aguayo Guagalango ("Petitioner")'s Motion for Continuance [DE 10], filed May 20, 2026. The Court has considered the Motion [DE 10] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion for Continuance [DE 10] is **GRANTED**;

2. The hearing on Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1] is hereby **RESET** for **1:15 P.M. on Wednesday, May 27, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

3. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov